UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACK LARSON, *et al.*,  )
      Plaintiffs,  )
             ) No. 1:24-cv-433
-v-             )
             ) Honorable Paul L. Maloney
MASON COUNTY, *et al.*,  )
      Defendants.  )
             )

## JUDGMENT

The court has resolved all pending claims and, therefore, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: October 31, 2025        /s/ Paul L. Maloney
                     Paul L. Maloney
                     United States District Judge